O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEWIS B. BARBEE, | ) | Case No. CV 12-5810-JFW (OP) |
|           Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|    v. | ) ) ) | |
| SANDOR, Warden, | ) ) | |
|           Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; (2) granting Respondent's Motion to Dismiss the Petition as
3  untimely; and (3) directing that Judgment be entered denying the Petition and
4  dismissing this action with prejudice.

7  DATED:  August 15, 2013          /s/ John F. Walter
                                    HONORABLE JOHN F. WALTER
8                                   United States District Judge

10 Prepared by:

12 
13 _____
   HONORABLE OSWALD PARADA
14 United States Magistrate Judge