JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS B. BARBEE,<br><br>　　　　　　Petitioner,<br>　　　v.<br><br>SANDOR, Warden,<br><br>　　　　　　Respondent. | Case No. CV 12-5810-JFW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 15, 2013

_____
HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge